**08 C 1010**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

# EXHIBIT A

TIRUMPH PARTNERSHIPS, LLC
                    Plaintiff

vs.

JOAN BRADLEY
                    Defendant

5488975019946659

## AFFIDAVIT

I, _Terry Wallace_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, HSBC Card Services;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,173.51.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

_Terry Wallace_

Subscribed and sworn to before me
this ___ day of _June_, 2007

_____
NOTARY PUBLIC

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095732
Qualified in Suffolk County
Commission Expires July 21, 2007

07-21587-0
3850-01
B125519