EDA

**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: **08 C 1010**

JOAN BRADLEY, on behalf of plaintiff and the classes
                            Plaintiff
v.
Data Search N.Y., INC. and Triumph Partnership, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

plaintiff

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
| --- |
| Daniel A. Edelman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Daniel A. Edelman |
| FIRM |
| Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS |
| 120 S. LaSalle St. 18th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 00712094 | (312) 739-4200 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐