**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

JOAN BRADLEY on behalf of herself and classes,
                              Plaintiff,
v.
Data Search N.Y., INC. and Triumph Partnership, LLC
                              Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) <br> Cathleen M. Combs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cathleen M. Combs | |
| FIRM <br> Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS <br> 120 S. LaSalle Street, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00472840 | TELEPHONE NUMBER <br> 312-739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |