UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| JOAN BRADLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, and TRIUMPH PARTNERSHIPS, LLC, | ) COURT FILE NO. 08 CV 1010 ) ) Judge Castillo ) |
| Defendants. | ) Magistrate Judge Nolan ) ) ) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA**

| | |
|---|---|
| SIGNATURE s/Todd P. Stelter | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6278521 | TELEPHONE NUMBER  312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

6288695v1 886151

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 1010 |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) |
| AMERICA, LLC and TRAK AMERICA, and | ) Judge Castillo |
| TRIUMPH PARTNERSHIPS, LLC, | ) |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2008, I electronically filed an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ____s/Todd P. Stelter_____
One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288695v1 886151