AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOAN BRADLEY, on behalf of plaintiff and the classes

V.

DATA SEARCH N.Y., INC., and TRIUMPH PARTNERSHIP, L.L.C.,

CASE NUMBER: **08 C 1010**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner, & Goodwin, LLC
120 S. Lasalle, 18th floor
Chicago, Il 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature: Esperanza Arnold]*
(By) DEPUTY CLERK

**February 19, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | FEB. 29, 2008 |
| NAME OF SERVER (PRINT) Jonathan Kahn | TITLE Lead Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, 6851 JERICHO TPK, SYOSSET NY 11791. COPIES OF SUMMONS AND COMPLAINT LEFT WITH CARL HERN * MANAGER ON FEB. 29, 2008 AT 3:31 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): * MALE WHITE
AGE: APROX. 40
5'8" 160 LBS
SHORT BROWN HAIR, GLASSES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $75.00 | $75.00 |

### DECLARATION OF SERVER

STATE OF NEW YORK
COUNTY OF SUFFOLK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 3, 2008
Signature of Server: Jonathan Kahn
924 Hawkins Ave.
Lake Grove, NY 11755
Address of Server

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3RD DAY OF MARCH, 2008
BY Jonathan Kahn

NOTARY PUBLIC

JOHN GORDON
NOTARY PUBLIC, STATE OF N.Y.
01GO0057112 SUFFOLK CNTY
COMMISSION EXP. 1/22/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

03-05-08P12:55 RCVD