AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOAN BRADLEY, on behalf of plaintiff and the classes

V.

DATA SEARCH N.Y., INC., and TRIUMPH PARTNERSHIP, L.L.C.,

CASE NUMBER: **08 C 1010**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Triumph Partnerships, LLC
c/o Registered Agent:
Corporation Trust Company,
Corporation Trust Center,
1209 Orange Street,
Wilmington, DE 19801.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. Lasalle 18th floor
Chicago, Il 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
--------------------------------
**(By) DEPUTY CLERK**



**February 19, 2008**
--------------------------------
Date

# Affidavit of Process Server

UNITED STATES DISTRICT COURT    NORTHERN DISTRICT OF ILLINOIS

| JOAN BRADLEY | VS DATA SEARCH N.Y. INC | 08 C 1010 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

BARRY EVELAND being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served TRIUMPH PARTNERSHIPS. LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with SCOTT LASCALA    PROCESS AGENT    At
                NAME                RELATIONSHIP

☐ Residence _____
         ADDRESS           CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE
         ADDRESS           CITY / STATE

On 3/3/08 AT 12:45 PM
   DATE            TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE

from _____
     CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                 DATE  TIME      DATE  TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE  TIME       DATE  TIME       DATE  TIME

AGE 30   Sex M   Race WH   Height 5'9   Weight 180   HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 3RD day of MARCH, 2008.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN    NOTARY PUBLIC
NEW CASTLE COUNTY STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2010

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS