IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN BRADLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) COURT FILE NO. 08 CV 1010 |
| DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, and TRIUMPH PARTNERSHIPS, LLC, | ) ) ) Judge Castillo ) ) Magistrate Judge Nolan |
| Defendants. | ) ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **25th** day of **March 2008** at **9:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Castillo, or any judge sitting in his/her stead in Courtroom 2141 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,


By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6298496v1 886151

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 1010 |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) |
| AMERICA, LLC and TRAK AMERICA, and | ) Judge Castillo |
| TRIUMPH PARTNERSHIPS, LLC, | ) |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:    s/Todd P. Stelter


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6298496v1 886151