UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joan Bradley
Plaintiff,

v.  Case No.: 1:08–cv–01010
Honorable Ruben Castillo

Data Search N.Y., Inc., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

MINUTE entry before Judge Honorable Ruben Castillo:Defendants' unopposed motion for extension of time to answer [16] is granted. Defendants to answer or otherwise plead to the complaint on or before 4/15/2008. Motion hearing set for 3/25/2008 is vacated. Status report filing date of 4/17/2008 and status hearing set for 4/22/2008 at 9:15 a.m. will stand.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.