**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1010 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Castillo |
| AMERICA, LLC and TRAK AMERICA, ) | Magistrate Judge Nolan |
| and TRIUMPH PARTNERSHIPS, LLC, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, TRIUMPH PARTNERSHIPS, LLC, by and through its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 21 day extension of time, or up until April 15, 1008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on February 19, 2008, and defendant was recently served. No previous extension have been requested or granted in this case.

3. Defense counsel was recently retained and requires additional time to perform factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

4. Defense counsel has contacted plaintiff's counsel and there is no opposition to this extension.

5.      On March 19, 2008, defendants, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, filed an Unopposed Motion For Extension Of Time to file a responsive pleading to Plaintiff's Complaint up to and including April 15, 2008, and this Court granted the motion.

WHEREFORE, Defendant, TRIUMPH PARTNERSHIPS, LLC, respectfully requests this Court grant an extension of time up to and including April 15, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully Submitted,

TRIUMPH PARTNERSHIPS, LLC

**By:**   /s/ J. Michael True
Attorney # 6279941
Attorney for Defendants
Messer & Stilp, Ltd., #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

    Attorney for Plaintiff
    Daniel Edelman
    dedelman@edcombs.com

    /s/ J. Michael True
    Attorney # 6279941
    Attorney for Defendant
    Messer & Stilp, Ltd. #36703
    166 W. Washington, Suite 300
    Chicago, IL 60602
    (312) 334-FIRM (3476)
    (312) 334-3404 (Fax)
    true@messerstilp.com