**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 1010 |
| | ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) | Judge Castillo |
| AMERICA, LLC and TRAK AMERICA, | ) | Magistrate Judge Nolan |
| and TRIUMPH PARTNERSHIPS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **25th** day of **March 2008** at **9:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Castillo, or any judge sitting in his/her stead in Courtroom 2141 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,

**By:**   /s/ J. Michael True
Attorney # 6279941
Attorney for Defendants
Messer & Stilp, Ltd., #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com