IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN BRADLEY, on behalf of plaintiff and the classes described herein, <br><br> Plaintiff, <br><br> vs. <br><br> DATA SEARCH N.Y., INC. <br> d/b/a TRAK AMERICA, LLC <br> and TRAK AMERICA, <br> and TRIUMPH PARTNERSHIPS, LLC, <br><br> Defendants. | 08 C 01010 <br> Judge Castillo <br> Magistrate Judge Nolan |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 28, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                                                                      s/Michael J. Aschenbrener
                                                                                                                           Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

       I, Michael J. Aschenbrener, hereby certify that on March 28, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
David M Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000
*Counsel for Defendant Data Search N.Y., Inc.*

James Michael True
Joseph Shaw Messer
Messer & Stilp, Ltd.
166 West Washington
Suite 300
Chicago, IL 60602
*Counsel for Defendant Triumph Partnerships, LLC.*


                                       s/Michael J. Aschenbrener
                                       Michael J. Aschenbrener